1   BENJAMIN L. WEBSTER, Bar No. 132230
    BARBARA A. BLACKBURN, Bar No. 253731
2   LITTLER MENDELSON, P.C.
    500 Capitol Mall
3   Suite 2000
    Sacramento, CA  95814
4   Telephone:    916.830.7200
    Facsimile:    916.561.0828
5

6   Attorneys for Defendant
    LEIDOS (erroneously sued as "SCIENCE
    APPLICATIONS INTERNATIONAL
7   CORPORATION")

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  HAYKO WORL,                           Case No.  2:13-cv-02362-TLN-DAD

12              Plaintiff,                 **DEFENDANT'S CORPORATE
                                           DISCLOSURE STATEMENT**
13       v.
                                           **[FED. R. CIV. P. 7.1]**
14  SCIENCE APPLICATIONS
    INTERNATIONAL CORPORATION, a
15  Delaware corporation doing Business in the
    State of California as SCIENCE
16  APPLICATIONS INTERNATIONAL
    CORPORATION,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:124706611.1 073754.1006

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LEIDOS (erroneously sued as "SCIENCE APPLICATIONS INTERNATIONAL CORPORATION"), through its counsel, makes the following disclosure:

On September 27, 2013, Science Applications International Corporation changed its name to Leidos Holdings, Inc. ("Leidos") and spun off a separate corporation, which kept the name Science Applications International Corporation and which continues to trade on the New York Stock Exchange under the symbol "SAIC."   Shares of Leidos began trading on the New York Stock Exchange under the symbol "LDOS" on September 30, 2013.  Except as noted above, Leidos has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public, and no publicly held entity owns 10% or more of Leidos' stock.

Dated: December 23, 2013

/s/ *Benjamin L. Webster*
BENJAMIN L. WEBSTER
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LEIDOS (erroneously sued as "SCIENCE APPLICATIONS INTERNATIONAL CORPORATION")

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:124706611.1 073754.1006          2.          Case No.  2:13-cv-02362-TLN-DAD
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT