Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
Michael L. Shoff, SBN: 290419
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   916.446.2000
Facsimile:    916.447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com
mshoff@perkins-lawoffice.com

Attorneys for Plaintiff
HAYKO WORL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAYKO WORL,** | **Case No. 2:13-CV-02362-TLN-DAD** |
| **Plaintiff,** | **NOTICE OF RESOLUTION** |
| v. | |
| **SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, a Delaware corporation doing Business in the State of California as SCIENCE APPLICATIONS INTERNATIONAL CORPORATION** | |
| **Defendants.** | |

PLEASE TAKE NOTICE that pursuant to Local Rule 160 the parties hereby give notice to the court that this action has been resolved.  The parties anticipate filing a Stipulation for Dismissal within three weeks.

Dated: September 9, 2014

              PERKINS & ASSOCIATES

              By ____/s/ *Natalia D. Asbill* _____

                Natalia D. Asbill